# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| Plaintiff, | ) C.A. No. 24-589-GBW |
| v. | ) **JURY TRIAL DEMANDED** |
| ABB INC. and ABB LTD., | ) |
| Defendants. | ) |

## DEFENDANT ABB LTD'S MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2)

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant ABB Ltd ("ABB Ltd"), by and through its undersigned counsel, hereby moves to dismiss Plaintiff RoboticVISIONTech, Inc.'s Complaint (D.I. 1). The grounds for this Motion are set forth in ABB Ltd's Opening Brief filed contemporaneously herewith.

*Of Counsel:*

Gregory S. Bombard, Esq.
GREENBERG TRAURIG, LLP
One International Place
Boston, MA 02110
(617) 310-6027
gregory.bombard@gtlaw.com

Andrew Sommer, Esq.
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1000
McLean, VA 22102
(703) 749-1370
sommera@gtlaw.com

Aimee Housinger, Esq.
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
(713) 374-3570
housingera@gtlaw.com

Dated: July 29, 2024

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19801
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Counsel for Defendants ABB Inc. and ABB Ltd*