IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBOTICVISIONTECH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-589-GBW |
| | ) |
| ABB INC. and ABB LTD., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines for Plaintiff to file answering briefs in opposition to Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(2) (D.I. 20) and Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (D.I. 22) are extended to and including August 26, 2024.

| | |
|---|---|
| /s/ Emily S. DiBenedetto | /s/ Benjamin J. Schladweiler |
| John W. Shaw (No. 3362) | Benjamin J. Schladweiler (No. 4601) |
| Emily S. DiBenedetto (No. 6779) | Renée Mosley Delcollo (No. 6442) |
| SHAW KELLER LLP | GREENBERG TRAURIG, LLP |
| I.M. Pei Building | 222 Delaware Avenue, Suite 1600 |
| 1105 North Market Street, 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 661-7000 |
| (302) 298-0700 | schladweilerb@gtlaw.com |
| jshaw@shawkeller.com | renee.delcollo@gtlaw.com |
| edibenedetto@shawkeller.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

Dated: August 2, 2024

SO ORDERED this _____ day of _____ 2024.

_____
United States District Court Judge